IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| FRANCIS GRANDINETTI, #A0185087,<br><br>                Plaintiff,<br><br>     v.<br><br>HMSF INTAKE/SCREENING PHYSICIAN, et al.,<br><br>                Defendants. | CIVIL NO. 20-00471 LEK-WRP<br><br>DISMISSAL ORDER |

Before the Court is pro se prisoner Francis Grandinetti's ("Grandinetti") "Federal Complaint Under IACA, CRIPA, Etc."  ECF No. 1.  Grandinetti, who is currently incarcerated at the Halawa Correctional Facility, claims that he received incomplete medical care following his transfer from the Saguaro Correctional Center in August 2020.  *See* ECF No. 1 at PageID # 2–6.

Grandinetti has accrued three strikes pursuant to 28 U.S.C. § 1915(g),[1] and he may not proceed without prepayment of the filing fee unless his pleadings

---

[1] *See, e.g.*, *Grandinetti v. FTC Seg. Unit Staff*, 426 F. App'x 576 (9th Cir. 2011) (affirming district court's dismissal under 28 U.S.C. § 1915(g)'s three strikes provision); *Grandinetti v. Institutional Grievance Officers, DPS-HI*, No. 20-00332 JAO-KJM, 2020 WL 445105, at *1 & n.1 (D. Haw. Aug. 3, 2020) (noting that Grandinetti has accrued three strikes); *Grandinetti v. Office of the Pub. Def.*, No. 20-00276 JAO-WRP, 2020 WL 3472910, at *2 (D. Haw. June 25, 2020) (same); *Grandinetti v. Rodby*, No. 20-00190 DKW-WRP, 2020 WL 2086485, at *1 & n.1

plausibly show that he was in imminent danger of serious physical injury at the time that he brought this action.  *See Andrews v. Cervantes*, 493 F.3d 1047, 1053, 1055 (9th Cir. 2007).

Grandinetti has not shown that he was in imminent danger of serious physical injury when he filed his Complaint.  *See* ECF No. 1 at PageID # 2–6. While Grandinetti notes that he has or had various health issues including "severe myopia," "various bodily factures," "muscular atrophy," and "blood contaminations," he does not say when he suffered these injuries and conditions or how they affect him now.  *See id*.; *Young v. Peterson*, 548 F. App'x 479, 480 (9th Cir. 2013) ("[Plaintiff] failed to allege sufficient facts to show that he was under an imminent danger of serious physical injury when he lodged his complaint."). Although Grandinetti asserts that he would like additional testing and lab work performed, *see* ECF No. 1 at PageID # 3, he does not claim that he faced imminent danger of serious physical harm when he filed his Complaint.  *See Reberger v. Baker*, 657 F. App'x 681, 684 (9th Cir. 2016) ("[Plaintiff's] allegations . . . are too vague and speculative to invoke the exception to the three-strikes rule.").

---

(D. Haw. Apr. 30, 2020) (same); *Grandinetti v. Sebastian*, No. 20-00109 SOM-KJM, 2020 WL 1276080, at *2 & n.3 (D. Haw. Mar. 17, 2020) (same); *Grandinetti v. Mee*, No. 20-00110 LEK-RT, 2020 WL 1276081, at *1 & n.2 (D. Haw. Mar. 17, 2020) (same).

The Court construes Grandinetti's filing of this action without paying the civil filing fee as an informal request to proceed in forma pauperis. So construed, the request is DENIED, and this action is DISMISSED without prejudice. This does not prevent Grandinetti from raising his claims in a new action with concurrent payment of the civil filing fee. The Clerk is DIRECTED to terminate this case. The Court will take no action on documents filed herein beyond processing a notice of appeal.

IT IS SO ORDERED.

DATED: November 6, 2020 at Honolulu, Hawaiʻi.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

FRANCIS GRANDINETTI VS. HMSF INTAKE/SCREENING PHYSICIAN, ET AL; CV 20-00471 LEK-WRP; DISMISSAL ORDER